UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PAULA DASHIEL                                    :    CIVIL ACTION NO.
                                                      2003 OCT 15  A 11: 38
       Plaintiff,                            :    3:02CV01231 (SRD)
                                                      US DISTRICT COURT
v.                                               :    HARTFORD CT

THE PRUDENTIAL INSURANCE                         :    October 14, 2003
COMPANY OF AMERICA

       Defendant                             :


## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
## RE: DEPOSITION OF PLAINTIFF

Pursuant to Fed. R. Civ. P. 26(c), the plaintiff, Paula Dashiel, respectfully requests that the court prevent the defendant from deposing the plaintiff until such time that the defendant has adequately and properly complied with plaintiff's discovery requests.

The parties have attempted to resolve discovery issues that have caused this request. The plaintiff has further requested that the deposition be postponed and the defendant has declined.

The Plaintiff<br>
Paula Dashiel

By _[signature]_
Michael J. Melly
Fed. Bar. No. ct17841
143 Oneco Avenue Suite 4
New London, CT 06320
(860) 447-1990
(860 (89-9613

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 10/15/03
To
    Mary Deno
    Edward Cerasia
    Proskauer Rose
    One Newark Center 18th Fl.
    Newark, NJ 07102

    Jonathan Orleans
    1000 Lafayette Blvd.
    Bridgeport, CT 06601

_[signature]_
Michael J. Melly, Esq.