Exhibit A

**From:** Mary Elizabeth Deno
**To:** mmelly@employmentlawgroup.com
**Date:** 6/19/03 5:34PM
**Subject:** Dashiel: Stipulation of Confidentiality

Mike,

Further to the voice-message I left for you yesterday, we intend to serve Prudential's responses to Dashiel's First Set of Interrogatories on Monday, June 23, 2003, and will be producing some documents in connection with those responses. Because of the confidential nature of documents we will be producing during the course of discovery, we would like to enter into a Stipulation of Confidentiality. For your convenience, I have attached a draft Stipulation & Order of Confidentiality Governing the Treatment of Confidential Material for your review.

Please review the draft Stipulation at your first convenience and let me or Ed know if you have any changes or questions.

Thank you for your cooperation.

Mary


Mary Elizabeth Deno
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102

973.274.3213


**CC:** Cerasia II, Edward