UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV01231 (SRU) |
| v. | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : | November 14, 2003 |
| Defendant | : | |

*GRANTED, absent objection. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 11/14/47*

## MOTION FOR MODIFICATION OF SCEDULING ORDER AND ENLARGEMENT OF DISCOVERY

Plaintiff requests that the court modify the scheduling order in this matter and enlarge the discovery deadline to January 14, 2003. This is the first request for enlargement in this matter.

**Procedural**

The plaintiff filed claims for discrimination based on race, contract and promissory estoppel. The parties have conducted substantial discovery, however, disputes have arisen requiring court intervention. The parties have attempted to resolve discovery issues that have resulted in a stalemate. Plaintiff only recently received discovery materials and information from the defendant and has not yet had a chance to fully review or digest the information. The delay has caused the cancellation of depositions and a motion for protective order is pending. There was also some delay in communication as plaintiff's counsel recently moved offices, causing a delay in receiving