UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PAULA DASHIEL

   Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

   Defendant

Plaintiff

CIVIL ACTION NO.

2004 JAN 14  P 1: 57

3:02CV01231 (CFD)

U.S. DISTRICT COURT
HARTFORD, CT.

January 13, 2004

## MOTION FOR MODIFICATION OF SCEDULING ORDER AND ENLARGEMENT OF DISCOVERY

Plaintiff requests that the court modify the scheduling order in this matter and enlarge the discovery deadline to March 14, 2003. This is the second request for enlargement in this matter.

**Procedural**

The plaintiff filed claims for discrimination based on race, contract and promissory estoppel. The parties have conducted substantial discovery, however, disputes have arisen requiring court intervention. The parties have attempted to resolve discovery issues that have resulted in a stalemate. Plaintiff received discovery materials and information from the defendant and spent a considerable time reviewing the materials received by the defendant in discovery. Plaintiff reasonably believes that defendant has failed to provide adequate discovery responses and, therefore, has drafted a motion to compel, which shall be filed within seven days.

The plaintiff's deposition is scheduled for January 14, 2003. The plaintiff had previously scheduled the deposition of defendant's human resource person for January 14, 2003, however, the deposition was cancelled. Plaintiff intends to conduct a deposition pursuant to Rule 30(b)(6), which the defendant has agreed to and deposition notice shall be served.

Additional time is required in order to conduct a Rule 30(b)(6) deposition and further to fully complete the discovery that has been accomplished thus far and address the issues which shall be raised in the forthcoming motion to compel.

Counsel for the defendant agrees that an enlargement of discovery is necessary in this case, however, has not stated an opinion as to the length of an enlargement.

Paula Dashiel

By_____
Michael J. Melly
Fed. Bar. No. ct17841
143 Oneco Avenue Suite 4
New London, CT 06320
(860) 447-1990
(860) 989-9613

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 1/13/04
To
    Mary Deno
    Edward Cerasia
    Proskauer Rose
    One Newark Center 18th Fl.
    Newark, NJ 07102

    Jonathan Orleans
    Zeldes, Needles & Cooper
    1000 Lafayette Blvd.
    Bridgeport, CT 06601

                                        Michael J. Melly, Esq.