UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----- x

PAULA DASHIEL,

        Plaintiff,                Case No. 3:02-CV-01231 (CFD)

    -against-

THE PRUDENTIAL INSURANCE         January 21, 2004
COMPANY OF AMERICA,

        Defendant.

------------------------------------------------ x

### DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S OPPOSITION TO PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER AND ENLARGEMENT OF DISCOVERY

Defendant The Prudential Insurance Company of America ("Prudential") respectfully submits this opposition to plaintiff Paula Dashiel's ("Dashiel's") second Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b) motion for modification of the scheduling order and an enlargement of time for discovery, up to and including March 14, 2003. In opposition to Dashiel's motion, Prudential, through its counsel, represents as follows:

Dashiel commenced this lawsuit on July 17, 2002, alleging race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law claims. On April 23, 2003, the Court granted Dashiel's motion for leave to file an Amended Complaint.

2. In accordance with the Amended report of Parties' Rule 26(f) Planning Meeting, which was approved by the Court on March 18, 2003, the discovery cut-off date for this case was November 14, 2003.

Dashiel was scheduled to be deposed on October 15, 2003. However, Dashiel refused to appear for her deposition and, on October 14, 2003, filed a Fed. R. Civ. P. 26(c) motion for a protective order to prevent Prudential from taking her deposition.

4. On November 14, 2003, while her motion for a protective order was pending, Dashiel filed a motion for modification of scheduling order and enlargement of time for discovery, up to and including January 14, 2004, which was granted by the Court on November 20, 2003

5  On December 3, 2003, the Court denied Dashiel's motion for a protective order.

6. Dashiel's deposition was taken by Prudential on January 14, 2004.

7  Just prior to Dashiel's deposition, her attorney, Michael Melly, sought Prudential's consent for another 60-day enlargement of time for discovery. (Declaration of Mary Elizabeth Deno, Esq. ("Deno Decl."), ¶ 5 & Ex. B.)

8. In her motion papers, Dashiel inaccurately states that Prudential agreed that an enlargement of time for discovery is necessary. To the contrary, counsel for Prudential did not consent to Dashiel's request for an extension of discovery and asked her counsel, Michael Melly, on several occasions to let them know "what additional discovery [he planned] to take or request so that [Prudential could] assess how much time, if any, was necessary for an extension of discovery." (Deno Decl., ¶ 7 & Exs. C and D.) Attorney Melly did not respond. (Id. at ¶ 8.)

9. In support of her motion, Dashiel claims that additional time is required to conduct a Fed. R. Civ. P. 30(b)(6) deposition and to complete discovery by filing a motion to compel. Notably, at no time during the discovery period, including the 60-day enlargement (*e.g.*, November 14, 2003 through January 14, 2004), nor to date, has Dashiel served Prudential with a Rule 30(b)(6) notice or a motion to compel. (Id., ¶ 9.)

10. Significantly, Dashiel's motion for an enlargement of time for discovery ignores her own counsel's continued delay in seeking discovery, addressing alleged discovery deficiencies and in moving this case forward.

WHEREFORE, Prudential respectfully requests that this Court deny Dashiel's motion for an enlargement of time for discovery and, in the event that Dashiel's motion is denied, modify the scheduling order so that the parties have 45 days from the date of the Court's decision on this motion to file dispositive motions.

Dated at Newark, New Jersey, this 21st day of January, 2004.

Respectfully submitted,

By *Edward Cerasia II* (signature)
Edward Cerasia II
  Fed. Bar No. ct13096
Mary Elizabeth Deno
  Fed. Bar No. ct24335
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel.: 973.274.3200
Fax: 973.274.3299
E-mail: ecerasia@proskauer.com
E-mail: mdeno@proskauer.com

Local Counsel:

Jonathan B. Orleans
  Fed. Bar No. ct05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 21, 2004, I caused to be served a true and correct copy of Defendant Prudential Insurance Company of America's Opposition to Plaintiff's Motion For Modification of Scheduling Order and Enlargement of Discovery and Declaration of Mary Elizabeth Deno, Esq., together with Exhibits A through D, by Next Day Air on the plaintiff through his counsel:

> Michael J. Melly, Esq.
> 143 Oneco Avenue, Suite 4
> New London, Connecticut 06320

_____
Mary Elizabeth Deno