

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| PAULA DASHIEL | : | CIVIL ACTION NO. |
| | : | 2004 JAN 14  P 1:57 |
| Plaintiff, | : | 3:02CV01231 (CFD) |
| | : | U.S. DISTRICT COURT |
| v. | : | HARTFORD, CT. |
| | : | |
| THE PRUDENTIAL INSURANCE | : | January 13, 2004 |
| COMPANY OF AMERICA | : | |
| | : | |
| Defendant | : | |

Plaintiff

FILED 2004 FEB -2 P 5:40 U.S. DISTRICT COURT HARTFORD, CT.

*Counsel's own objection. Final extension. So ordered. /s/ ___ 2/2/04*

## MOTION FOR MODIFICATION OF SCEDULING ORDER AND ENLARGEMENT OF DISCOVERY

Plaintiff requests that the court modify the scheduling order in this matter and enlarge the discovery deadline to March 14, 2003. This is the second request for enlargement in this matter.

**Procedural**

The plaintiff filed claims for discrimination based on race, contract and promissory estoppel. The parties have conducted substantial discovery, however, disputes have arisen requiring court intervention. The parties have attempted to resolve discovery issues that have resulted in a stalemate. Plaintiff received discovery materials and information from the defendant and spent a considerable time reviewing the materials received by the defendant in discovery. Plaintiff reasonably believes that defendant has failed to provide adequate discovery responses and, therefore, has drafted a motion to compel, which shall be filed within seven days.