UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV01231 (CFD) |
| v. | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : | February 13, 2004 |
| Defendant | : | |

## PLAINTIFF'S NOTICE OF EXHIBITS
## RE: MOTION TO COMPEL

Plaintiff, Paula Dashiel, hereby gives notice of the following exhibits attached to Plaintiff's Motion to Compel dated February 13, 2004.

| | |
|---|---|
| Exhibit 1 | Letter dated September 25, 2003 |
| Exhibit 2 | Letter dated January 19, 2004 |
| Exhibit 3 | Plaintiff's interrogatories |
| Exhibit 4 | Plaintiff's Request for Production |
| Exhibit 5 | Defendant's responses and objections to discovery |
| Exhibit 6 | Schedule of defendant's discovery compliance |
| Exhibit 7 | Sample page re: defendant's bate stamp 1-10 |

37

Plaintiff
Paula Dashiel


By _____
Michael J. Melly
Fed. Bar. No. ct17841
143 Oneco Avenue Suite 4
New London, CT 06320
(860) 447-1990


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on   2/13/04
To
Mary Deno
Edward Cerasia
Proskauer Rose
One Newark Center 18th Fl.
Newark, NJ 07102

Jonathan Orleans
Zeldes, Needles & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06601

_____
Michael J. Melly, Esq.

38