UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PAUL DASHIEL,
    Plaintiff,

2004 MAR -4  P 3: 05

v.

U.S. DISTRICT COURT

Civil Action No. 3:02 CV 1231 (CFD)

THE PRUDENTIAL INSURANCE
COMPANY of AMERICA,
    Defendant.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending:(orefm.)

\_\_\_ A ruling on the following motions which are currently pending: (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 3rd day of March 2004, at Hartford, Connecticut.

Christopher F. Droney
**United States District Judge**