UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- x
      :
PAULA DASHIEL,      :
      :
    Plaintiff,      :    Case No.: 3:02-CV-01231 (CFD)
      :
  -against-      :
      :
THE PRUDENTIAL INSURANCE      :    March 3, 2004
COMPANY OF AMERICA,      :
      :
    Defendant.      :
      :
------------------------------------------------------- x

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
MOTION FOR EXTENSION OF TIME**

    Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b) for an extension of time to serve its response to Plaintiff Paula Dashiel's ("Dashiel's") Motion to Compel, up to and including March 11, 2004. In support of this motion, Prudential, through counsel, represents as follows:

    1.    Plaintiff commenced this lawsuit on July 17, 2002, alleging discrimination based on race under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law claims.

    2.    Plaintiff's Motion to Compel discovery was served on February 13, 2004, and was received by Prudential on February 17, 2004.

    3.    Counsel for plaintiff, Michael J. Melly, has consented to Prudential's request for an extension of time.

4.  This is Prudential's first request for an extension of time with respect to the motion to compel.

WHEREFORE, Prudential respectfully requests that this Court grant its request for an extension of time to serve its response to Dashiel's Motion to Compel, up to and including March 11, 2004.

Dated at Newark, New Jersey, this 3rd day of March, 2004.

Respectfully submitted,

By *Mary Elizabeth Deno*
Edward Cerasia II
Fed. Bar No. ct13096
Mary Elizabeth Deno
Fed. Bar No. ct24335
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel.: 973.274.3200
Fax: 973.274.3299
E-mail:  ecerasia@proskauer.com
E-mail:  mdeno@proskauer.com

Local Counsel:

Jonathan B. Orleans
  Fed. Bar No. ct05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 3, 2004, I caused to be served a true and correct copy of Defendant Prudential Insurance Company of America's Motion For Extension Of Time by Federal Express Next Day Air on the plaintiff through his counsel:

>Michael J. Melly, Esq.
>143 Oneco Avenue, #4
>New London, Connecticut 06320

*Mary Elizabeth Deno*
Mary Elizabeth Deno