UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------- x
                                                   :
PAULA DASHIEL,                                     :
                                                   :
            Plaintiff,                             :      Case No.  3:02-CV-01231 (CFD/TPS)
                                                   :
        -against-                                  :
                                                   :
THE PRUDENTIAL INSURANCE                           :      March 1, 2004
COMPANY OF AMERICA,                                :
                                                   :
            Defendant.                             :
                                                   :
-------------------------------------------------- x
```

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA'S MOTION FOR A PROTECTIVE ORDER**

Defendant The Prudential Insurance Company of America ("Prudential") respectfully

moves for a protective order from the Court narrowing the scope of plaintiff Paula Dashiel's

("Dashiel's) Fed. R. Civ. P. 30(b)(6) Deposition Notice ("Notice"), pursuant to Fed. R. Civ. P.

26(c).

As set forth in Prudential's Memorandum Of Law In Support Of Its Motion For A

Protective Order, the Declaration Of Mary Elizabeth Deno, Esq., together with Exhibits A

through L, and the Affidavit of Sharon Wright, together with Exhibit A, Prudential respectfully

submits that it is entitled to a Fed. R. Civ. P. 26(c) protective order to narrow the scope of

Dashiel's Notice on the following grounds:  (1) the Notice seeks nationwide, if not worldwide,

discovery concerning individuals and departments that have nothing to do with the allegations

and claims in this case and (2) Dashiel is only entitled to discovery related to similarly-situated

employees in her work unit.

Dated this 1st day of March 2004, at Newark, New Jersey.

                                                   Respectfully submitted,

                                                   PROSKAUER ROSE LLP

                                                   By_____

                                                    Edward Cerasia II
                                                      Fed. Bar No. ct13096
                                                   Mary Elizabeth Deno
                                             One Newark Center, 18th Floor
                                             Newark, New Jersey 07102
                                             973.274.3200
                                             E-Mail: ecerasia@proskauer.com

                                             Attorneys for Defendant
                                             The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
 Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 1, 2004, I caused to be served true and correct copies of

the foregoing Defendant The Prudential Insurance Company Of America's Motion For A

Protective Order, Defendant The Prudential Insurance Company Of America's Memorandum Of

Law In Support Of Its Motion For A Protective Order, Declaration Of Mary Elizabeth Deno,

Esq., together with Exhibits A through L, and Affidavit Of Sharon Wright, together with Exhibit

A, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

> Michael J. Melly, Esq.
> 143 Oneco Avenue, #4
> New London, Connecticut 06320


> _____
> Edward Cerasia II