UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
:
PAULA DASHIEL, :
:
             Plaintiff, :   Case No. 3:02-CV-01231 (CFD/TPS)
:
   -against- :
:
THE PRUDENTIAL INSURANCE :   March 3, 2004
COMPANY OF AMERICA, :
:
             Defendant. :
:
------------------------------------------------- x

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA'S NOTICE OF MANUAL FILING**

    Please take notice that Defendant The Prudential Insurance Company of America ("Prudential") has manually filed Exhibits A through L to the Declaration of Mary Elizabeth Deno, Esq. in support of Prudential's Motion for a Protective Order dated March 1, 2004 because the electric file size of Exhibits A through L to the Declaration of

Mary Elizabeth Deno, Esq. are too large to fit on the disk submitted herewith for electronic filing with the Court.

Dated this 3rd day of March 2004, at Newark, New Jersey.

                        Respectfully submitted,

                        PROSKAUER ROSE LLP

                        By _____
                             Edward Cerasia II
                              Fed. Bar No. ct13096
                            Mary Elizabeth Deno
                        One Newark Center, 18th Floor
                        Newark, New Jersey 07102
                        973.274.3200
                        E-Mail: ecerasia@proskauer.com
                        E-Mail: mdeno@proskauer.com

                        Attorneys for Defendant
                        The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
  Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 3, 2004, I caused to be served true and correct copy of Defendant The Prudential Insurance Company Of America's Notice of Manual Filing, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

>Michael J. Melly, Esq.
>143 Oneco Avenue, #4
>New London, Connecticut 06320

*Mary Elizabeth Deno*
Mary Elizabeth Deno