

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------ x

PAULA DASHIEL,

                   Plaintiff,      :      Case No.:  3:02-CV-01231 (CFD)

          -against-

THE PRUDENTIAL INSURANCE     :      March 3, 2004
COMPANY OF AMERICA,

           Defendant.

------------------------------------------------ x

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S**
**MOTION FOR EXTENSION OF TIME**



Defendant The Prudential Insurance Company of America ("Prudential") respectfully

moves pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b) for an extension of time to

serve its response to Plaintiff Paula Dashiel's ("Dashiel's") Motion to Compel, up to and

including March 11, 2004.  In support of this motion, Prudential, through counsel, represents as

follows:

      1.      Plaintiff commenced this lawsuit on July 17, 2002, alleging discrimination based

on race under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law

claims.

      2.      Plaintiff's Motion to Compel discovery was served on February 13, 2004, and

was received by Prudential on February 17, 2004.

      3.      Counsel for plaintiff, Michael J. Melly, has consented to Prudential's request for

an extension of time.