UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- x
                                                        :
PAULA DASHIEL,                                          :
                                                        :
               Plaintiff,              :  Case No. 3:02-CV-01231 (CFD/TPS)
                                                        :
              -against-                      :
                                                        :
THE PRUDENTIAL INSURANCE                                :  March 11, 2004
COMPANY OF AMERICA,                                     :
                                                        :
               Defendant.              :
                                                        :
------------------------------------------------------- x

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA'S NOTICE OF MANUAL FILING**

      Please take notice that Defendant The Prudential Insurance Company of America ("Prudential") has manually filed the Declaration of Mary Elizabeth Deno, Esq., together with Exhibits A through V, in opposition to plaintiff Paula Dashiel's motion to compel dated February 13, 2004 because the electric file size of the Declaration of Mary Elizabeth Deno, Esq., together

with Exhibits A through V are too large to fit on the disk submitted herewith for electronic filing with the Court.

  Dated this 11th day of March 2004, at Newark, New Jersey.

              Respectfully submitted,

              PROSKAUER ROSE LLP


              By_____
                Edward Cerasia II
                 Fed. Bar No. ct13096
                Mary Elizabeth Deno
                 Fed. Bar No. ct24335
              One Newark Center, 18th Floor
              Newark, New Jersey 07102
              973.274.3200
              E-Mail:  ecerasia@proskauer.com
              E-Mail:  mdeno@proskauer.com

              Attorneys for Defendant
              The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
 Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail:  jorleans@znclaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on March 11, 2004, I caused to be served a true and correct copy of Defendant The Prudential Insurance Company Of America's Notice of Manual Filing; Memorandum of Law in Opposition to Plaintiff's Motion to Compel Discovery; Declaration of Mary Elizabeth Deno, Esq., together with Exhibits A through V; and Declaration of Sharon Wright, together with Exhibit A, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

>Michael J. Melly, Esq.
>143 Oneco Avenue, #4
>New London, Connecticut 06320

_____
Mary Elizabeth Deno