UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------ x
: 
PAULA DASHIEL, :
:
                Plaintiff, : Case No.: 3:02-CV-01231 (CFD/TPS)
:
                -against- :
:
THE PRUDENTIAL INSURANCE : March 12, 2004
COMPANY OF AMERICA, :
:
                Defendant. :
:
------------------------------------------------------ x

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
MOTION TO COMPEL PRODUCTION OF AUDIO-TAPE**

    Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves to compel production of a micro-cassette tape that plaintiff Paula Dashiel ("Dashiel") has identified as being responsive to Prudential's First Request For Production Of Documents, pursuant to Fed. R. Civ. P. 37.

    As set forth in Prudential's Memorandum Of Law In Support Of Its Motion To Compel Production Of Audio-Tape and the Declaration Of Mary Elizabeth Deno, Esq., together with Exhibits A through C, Prudential respectfully submits that it is entitled to an Order compelling production of the audio-tape because, although Dashiel's counsel has identified the tape as being relevant to this case and responsive to Prudential's discovery requests, he has denied Prudential access to it.

Dated this 12th day of March 2004, at Newark, New Jersey.

        Respectfully submitted,

        PROSKAUER ROSE LLP

        By_____
          Edward Cerasia II
           Fed. Bar No. ct 13096
          Mary Elizabeth Deno
           Fed. Bar No. ct 24335
        One Newark Center, 18th Floor
        Newark, New Jersey 07102
        973.274.3200
        E-mail: ecerasia@proskauer.com
        E-mail: mdeno@proskauer.com

        Attorneys for Defendant
         The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
  Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-mail: jorleans@znclaw.com