UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
                                                                             :

PAULA DASHIEL,                               :

            Plaintiff,           :        Case No.  3:02-CV-01231 (CFD/TPS)

     -against-                    :

THE PRUDENTIAL INSURANCE    :        March 12, 2004
COMPANY OF AMERICA,          :

           Defendant.       :

------------------------------------------------- x

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA'S NOTICE OF MANUAL FILING**

      Please take notice that Defendant The Prudential Insurance Company of America ("Prudential") has manually filed the Declaration of Mary Elizabeth Deno, Esq., together with Exhibits A through C, in support of Prudential's Motion to Compel Production of Audio-Tape dated March 12, 2004 because the electric file size of the Declaration of Mary Elizabeth Deno,

Esq., together with Exhibits A through C are too large to fit on the disk submitted herewith for electronic filing with the Court.

Dated this 12th day of March 2004, at Newark, New Jersey.

Respectfully submitted,

PROSKAUER ROSE LLP


By_____
   Edward Cerasia II
    Fed. Bar No. ct13096
   Mary Elizabeth Deno
    Fed. Bar No. ct24335
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
E-Mail:  ecerasia@proskauer.com
E-Mail:  mdeno@proskauer.com

Attorneys for Defendant
The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
 Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail:  jorleans@znclaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on March 12, 2004, I caused to be served a true and correct copy of Defendant The Prudential Insurance Company Of America's Notice of Manual Filing; Notice of Motion to Compel Production of Audio-Tape; Memorandum of Law in Support of its Motion to Compel Production of Audio-Tape; and Declaration of Mary Elizabeth Deno, Esq., together with Exhibits A through C, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

> Michael J. Melly, Esq.
> 143 Oneco Avenue, #4
> New London, Connecticut 06320

_____
Mary Elizabeth Deno