UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 17 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------x

PAULA DASHIEL,

    Plaintiff,

  -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

------------------------------------------------x

Case No. 3:02-CV-01231 (CFD/TPS)

March 10, 2004

## DECLARATION OF SHARON WRIGHT

SHARON WRIGHT, declares under penalty of perjury:

1. I am the Vice President, Human Resources for Prudential Real Estate and Relocation Services ("PRERS"). I submit this Declaration, which is based upon personal knowledge, in opposition to plaintiff Paula Dashiel's motion to compel discovery, dated February 13, 2004.

2. I have reviewed Ms. Dashiel's First and Second Request For Interrogatories and First Request For Production Of Documents.

3. Prudential Financial Inc. ("Prudential Financial") is a large multi-business organization (which includes The Prudential Insurance Company of America ("Prudential") and PRERS) that offers a variety of products and services to individual and institutional customers worldwide, including life insurance, property and casualty insurance, mutual funds, annuities, pension and retirement related services and administration, asset management, banking and trust services, real estate brokerage franchises, and relocation services. Each business organization

operates separately. PRERS, where Ms. Dashiel worked, provides, among other services, a variety of relocation services to clients. Appended hereto is a true and correct copy of a description of Prudential Financial's principal businesses and services, as found on www.Prudential.com.

4. Prudential employs over 39,000 employees worldwide and PRERS employs approximately 1,500 employees worldwide. Prudential has over 2,000 offices globally. PRERS has six offices in the United States, eight international offices, and maintains 28 on-site centers where employees are co-located with clients and use those on-site locations as their home base. Information relating to employees in these offices is generally located in the Prudential or PRERS office to which each employee is assigned.

5. PRERS' reorganization in 2001 resulted in the closing of 4 offices.

6. A significant amount of the information sought in Ms. Dashiel's discovery requests relates to individuals who were separated from employment in 2001 or 2002, when PRERS reorganized and consolidated its operations, or to events that occurred several years ago. As a result, this information also may have been archived, and thus expensive and time consuming to retrieve.

7. It would be extremely burdensome for Prudential or PRERS to locate and produce nationwide or worldwide information concerning all Prudential or PRERS employees, as the discovery requests contemplate. In order to provide information concerning all Prudential or PRERS employees, the company would have to locate and collect all nationwide and worldwide documents and information concerning current and/or former employees and practices. This process would require the time, expense and effort of no less than twelve employees. In my estimation, it would take several hundred working hours and would cause an unnecessary

disruption to the company's business operations if we had to collect and compile information and documents necessary to respond to the company-wide subject matters encompassed within the requests.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed at Miami Beach, Florida on March 10, 2004

*Sharon Wright* (signature)
Sharon Wright

Exhibit A

# Prudential Financial
Growing and Protecting Your Wealth®

About Prudential » Inside Prudential » Prudential Financial Business Descriptions

## Prudential Financial Business Descriptions

Prudential Financial companies serve individual and institutional customers worldwide and include The Prudential Insurance Company of America, one of the largest life insurance companies in the U.S. These companies offer a variety of products and services, including life insurance, property and casualty insurance, mutual funds, annuities, pension and retirement related services and administration, asset management, banking and trust services, real estate brokerage franchises, and relocation services.

Prudential Financial's Common Stock (NYSE:PRU) reflects the performance of its Financial Services Businesses, which consist of its Insurance, Investment, and International Insurance and Investments divisions and its Corporate and Other operations.

### Principal Businesses
### Insurance Division
The Insurance Division conducts its business through the Individual Life and Annuities and Group Insurance segments.

#### Individual Life and Annuities
Individual Life and Annuities manufactures variable life, term life, universal life, other non-participating life insurance products and variable and fixed annuities products and distributes primarily to the U.S. retail market through our proprietary and third-party distribution channels. On May 1, 2003 Prudential completed the closing process with Swedish-based Skandia Insurance Company Ltd., to acquire its U.S. division American Skandia, Inc. American Skandia is the largest distributor of variable annuities through independent financial planners in the United States. The acquisition propels Prudential into a top 10 spot in the annuity marketplace. Prudential's position in the variable annuity marketplace increases from 22nd to 8th as measured by sales (LIMRA 12/31/02) and from 14th to 5th as measured by assets under management (VARDS 12/31/02). This segment also includes our Agency Distribution sales force, which distributes variable and term life, investment and protection products with proprietary and non-proprietary investment options, as well as selected insurance products manufactured by others.

#### Group Insurance
Group Insurance manufactures and distributes a full range of group life insurance, long-term and short-term disability insurance, long-term care insurance and corporate- and trust-owned life insurance in the U.S. to institutional clients primarily for use in connection with employee and membership benefits plans. Group Insurance also sells accidental death and dismemberment and other ancillary coverages and provides plan administrative services in connection with its insurance coverages. Investment Division
The Investment Division consists of the Investment Management, Financial Advisory, Retirement, and Other Asset Management segments.

#### Investment Management
Investment Management provides a broad array of investment management and advisory services, mutual funds, and other structured products. These products and services are marketed and provided to the public and private marketplace and to other Prudential businesses.

#### Financial Advisory

**Global Locations**
Discover the numero worldwide.
- Global Presence

**In the News**
Read the latest head releases.
- News Room

**More About Us**
Learn about Prudenti committments.
- Investor Relations
- Our Commitment t

On July 1, 2003, Wachovia Corporation and Prudential Financial, Inc., combined their retail securities brokerage and clearing operations, creating one of the nation's largest retail financial advisory organizations, Wachovia Securities LLC. This combined company provides full service securities brokerage and financial advisory services to individuals and businesses throughout the United States and in Latin America. Wachovia has 62% ownership interest in the new firm, and Prudential owns the remaining 38%. The Financial Advisory segment also includes the Prudential Equity Group, which provides the company's independent equity research as well as domestic and international equity sales and trading.

### Retirement
The Retirement segment manufactures and distributes products and provides administrative services for qualified and non-qualified retirement plans for companies of all sizes. These products and services are offered across the defined contribution market, including the 401(a), 401(k), 403(b), 457, Taft-Hartley, and non-qualified retirement markets. Additionally, this segment offers guaranteed products such as guaranteed investment contracts, funding agreements, and group annuities for defined contribution plans, defined benefit pension plans, structured settlements, and non-qualified entities.

### Other Asset Management
The Other Asset Management segment consists of commercial mortgage securitization operations, hedge portfolios, and proprietary investment and syndication activities. International Insurance and Investments Division The International Insurance and Investments division conducts its business through International Insurance and International Investments segments.

## International Insurance and Investments Division
The International Insurance and Investments division conducts its business through International Insurance and International Investments segments.

### International Insurance
International Insurance manufactures and distributes individual life insurance products to the affluent market in Japan and other foreign markets through Life Planners. In addition, through the acquisition of Gibraltar Life in Japan, international insurance offers similar products to the broad middle income market in Japan through Life Advisors, a proprietary distribution channel that operates separately from Life Planners.

### International Investments
International Investments provides private banking, asset management, and investment advice and product choice to high net worth and mass affluent retail clients and to institutional clients in selected international markets. Prudential's private wealth management business offers financial advisory, private banking and asset management services, as well as sales and trading for a wide range of futures and forward contracts, on a global basis, for retail and institutional customers. Prudential's investment business includes manufacturing of proprietary products and distribution of both proprietary and non-proprietary products, all tailored to meet client need in the target countries. Prudential has international investment businesses in Mexico, Italy, Germany, Japan and Taiwan.

## Corporate and Other Operations
### Prudential Real Estate and Relocation Services
Prudential Real Estate & Relocation Services is our integrated real estate brokerage franchise and relocation service business. The real estate group markets franchises primarily to existing real estate companies. Our franchise agreements give the franchisee the right to use the Prudential name and real estate service marks in return for royalty payments on gross commissions generated by the franchises. The relocation group offers a variety of services to relocate employees, including the inspection and sale of a home, equity advances, assistance in locating homes, and a variety of relocation policy and group move consulting services.

### Corporate Functions

### Financial Management
Financial Management focuses on controllership, planning, reporting, treasury functions, financial strategies, mergers and acquisitions, tax, actuarial, asset liability management, and risk management. This area also works with external parties such as rating agencies, financial analysts and government agencies. Financial Management professionals serve as the financial stewards of the company: understanding and communicating how and where we make money managing risk/return dynamics, and assuring Prudential's financial soundness to deliver on promises to customers.

### Global Marketing Communications
Global Marketing Communications is responsible for the company's domestic and international marketing, advertising, public relations and employee communications. Ranging from corporate branding in the marketplace to communicating to all of our constituents about the company, Global Marketing Communications' mission is to create a consistent framework to enhance understanding of our business and increase shareholder value. Our dedicated communication professionals create and produce a wide range of print, broadcast and online materials targeted to employees, customers and businesses worldwide.

### Human Resources
Prudential's Corporate Human Resources goal is to develop and execute strategies that positions the company with a competitive advantage in the marketplace through the attraction, development and retention of talented employees. Corporate Human Resources is comprised of specialized functions, such as Diversity, Learning, Compensation and Benefits and others that work together with professionals in the business divisions to identify strategic Human Resource solutions that help our businesses achieve their objectives.

### Law, Compliance, and Business Ethics
The Law, Compliance and Business Ethics teams work together with Prudential's business divisions and corporate areas to ensure that relevant laws and regulations are adhered to and the highest standard of business integrity is maintained. Collectively these areas manage all legal matters including lawsuits filed against or on behalf of Prudential Financial, ensure that key policies and practices are followed, oversee the Company's regulatory tracking and reporting, and direct Prudential's internal conflicts of interest and ethics programs as well as internal investigations.

### Corporate Operations & Systems
Corporate Operations & Systems collaborates with Prudential's businesses to leverage competitively benchmarked shared services across the company. These include technology, operational and administrative services such as Global Security, Print/Mail Operations, and Vendor Contract Management. In addition, Corporate Operations & Systems has policy and oversight responsibility for technology and risk management standards, business continuation, records management, and information security. The function also provides tools for the businesses to effectively and efficiently manage risk under the direction of the Operational Risk Committee.

Privacy and Business Integrity | Terms and Conditions

PRUDENTIAL FINANCIAL, PRUDENTIAL, PRU, the Rock Logo and Growing and Protecting Your Wealth are registered service ma Prudential Insurance Company of America and its affiliates.

© 2004 Prudential Financial, Inc. Newark, NJ, USA. All rights reserved.