**PROSKAUER ROSE LLP**

A NEW YORK LIMITED LIABILITY PARTNERSHIP
Marvin M. Goldstein, Managing Resident Partner

One Newark Center
Newark, NJ 07102-5211
Telephone 973.274.3200
or 212.736.8185
Fax 973.274.3299

NEW YORK
LOS ANGELES
WASHINGTON
BOCA RATON
PARIS

**Edward Cerasia II**
Member of the Firm

Direct Dial: 973-274-3224
ecerasia@proskauer.com

April 5, 2004

**By Federal Express**

The Honorable Thomas P. Smith
United States Magistrate Judge
U.S. District Court for the District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re:  Dashiel v. The Prudential Insurance Company of America
     U.S.D.C., D. Conn., 3:02-CV-01231 (CFD-TPS)

Dear Magistrate Judge Smith:

As Your Honor knows, we represent defendant The Prudential Insurance Company of America in the above-referenced case. On March 15, 2004, Prudential filed a motion to compel concerning an audio tape cassette that plaintiff Paula Dashiel had identified as being responsive to Prudential's document request. I write to advise the Court that, on March 25, 2004, an attorney from my office, Mark Alifanz, met with Attorney Michael Melly and listened to that audio tape. Therefore, Prudential is withdrawing the portion of its motion that sought to compel

---

**April 6, 2004.** This letter describes itself as a "motion," but it is not a motion. It is a letter and, as such, it is improper. See *Getting in the Last Word: The Impropriety of "Letter Briefs" in State and Federal Courts*, 4 Conn. B.J. 294 (1993). Counsel will not send another similar transmittal to the court. If counsel wishes to file a notice withdrawing a motion, counsel will file such a notice in proper form with the clerk of the court. If this were a motion, it would be **DENIED** because it is in improper form.

Thomas P. Smith
United States Magistrate Judge