UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- x
                          :
PAULA DASHIEL,                 :
                          :
              Plaintiff,     :     Case No.:  3:02-CV-01231 (CFD/TPS)
                          :
        -against-       :
                          :
THE PRUDENTIAL INSURANCE    :     April 15, 2004
COMPANY OF AMERICA,       :
                          :
          Defendant.    :
                          :
------------------------------------------------------- x

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
MOTION TO WITHDRAW A PORTION OF ITS
MOTION TO COMPEL PRODUCTION OF AUDIO-TAPE**

Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves to withdraw a portion of its motion to compel production of a micro-cassette tape, filed on March 15, 2004, which seeks production of an audio-cassette tape that plaintiff Paula Dashiel ("Dashiel") has identified as responsive to Prudential's First Request For Production Of Documents.

1.      On March 25, 2004, Michael Melly, attorney for Dashiel, allowed an attorney from Proskauer Rose to meet him in Connecticut and listen to the audio-cassette tape.

2.      Accordingly, Prudential withdraws the portion of its motion that sought to compel Dashiel to permit Prudential's counsel to listen to the tape.  However, Prudential continues to pursue the portion of its motion that seeks to compel Dashiel to produce a copy of the audio-cassette tape to Prudential.

3.     Since Prudential filed its motion to compel production of the audio tape, Attorney

Melly has expressed willingness to provide Prudential with a duplicate of the tape.  However,

necessary arrangements have not yet been made.  Prudential therefore requests that the Court

hold its motion to compel the production of the audio tape in abeyance until April 23, 2004,

while the parties continue to try to resolve this matter.

Dated this 15th day of April 2004, at Newark, New Jersey.

Respectfully submitted,

PROSKAUER ROSE LLP


By___s/_____
      Edward Cerasia II
       Fed. Bar No. ct 13096
      Mary Elizabeth Deno
       Fed. Bar No. ct 24335
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
E-mail:  ecerasia@proskauer.com
E-mail:  mdeno@proskauer.com

Attorneys for Defendant
 The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
  Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-mail:  jorleans@znclaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 15, 2004, I caused to be served a true and correct copy of

Defendant Prudential Insurance Company of America's Motion To Withdraw A Portion Of Its

Motion Compel Production Of Audio Tape by Federal Express Next Day Air on the plaintiff

through her counsel:

Michael J. Melly, Esq.
143 Oneco Avenue, #4
New London, Connecticut 06320

____s/_____
Mary Elizabeth Deno