UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- x
                                                        :
PAULA DASHIEL,                                          :
                                                        :
            Plaintiff,                          :   Case No.:  3:02-CV-01231 (CFD/TPS)
                                                        :
     -against-                                         :
                                                        :
THE PRUDENTIAL INSURANCE                                :   April 22, 2004
COMPANY OF AMERICA,                                     :
                                                        :
            Defendant.                          :
                                                        :
------------------------------------------------------- x

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S**
**MOTION FOR EXTENSION OF TIME**

     Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b) for an extension of time to May 12, 2004, to comply with Magistrate Judge Thomas P. Smith's March 29, 2004 ruling by serving its supplemental discovery responses to plaintiff Paula Dashiel's ("Dashiel's") interrogatories and document requests.  In support of this motion, Prudential, through its counsel, represents as follows:

     1.     Plaintiff commenced this lawsuit on July 17, 2002, alleging discrimination based on race under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law claims.

     2.     On March 29, 2004, Magistrate Judge Smith issued a ruling directing Prudential to supplement its responses to certain interrogatories and document requests served by Dashiel. Prudential's supplemental responses are due April 28, 2004, in accordance with that ruling.

2

      3.      Prudential respectfully seeks a two week extension of time to serve its supplemental responses to Dashiel's discovery, up to and including May 12, 2004, because, in the month of April 2004, counsel for Prudential, Edward Cerasia and Mary Elizabeth Deno, had a trial in another case in the U.S. District Court for the Southern District of New York, Attorney Deno was out of the office for a portion of April on a previously scheduled, pre-paid vacation, and Attorney Cerasia will be out of the office from April 24 through April 28, 2004 on a previously scheduled, pre-paid family vacation.

      4.      If this motion is granted, the deadline for filing summary judgment motions shall be extended to run 45 days from the May 12, 2004 close of discovery (*i.e.*, June 28, 2004).

      5.      Dashiel's counsel, Michael J. Melly, has consented to Prudential's request for an extension of time.

      6.      This is Prudential's first request for an extension of time with respect to responding to Dashiel's discovery in accordance with Magistrate Judge Smith's March 29, 2004 ruling.

      WHEREFORE, Prudential respectfully requests that this Court grant its request for an extension of time to serve its supplemental responses to Dashiel's discovery requests in accordance with Magistrate Judge Smith's March 29, 2004 ruling, up to and including May 12,

2004, and extend the deadline for filing dispositive motions to June 28, 2004.

Dated at Newark, New Jersey, this 22nd day of April, 2004.

    Respectfully submitted,

    By /s/ Mary Elizabeth Deno
      Edward Cerasia II
        Fed. Bar No. ct13096
      Mary Elizabeth Deno
        Fed. Bar No. ct24335
    PROSKAUER ROSE LLP
    One Newark Center, 18th Floor
    Newark, New Jersey 07102
    Tel.: 973.274.3200
    Fax: 973.274.3299
    E-mail: ecerasia@proskauer.com
    E-mail: mdeno@proskauer.com

Local Counsel:

Jonathan B. Orleans
 Fed. Bar No. ct05440
ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

4

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 22, 2004, I caused to be served a true and correct copy of Defendant Prudential Insurance Company of America's Motion For Extension Of Time by Federal Express Next Day Air on the plaintiff through her counsel:

>Michael J. Melly, Esq.
>Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
>100 Fort Hill Road
>Groton, CT  06340

>/s/ Mary Elizabeth Deno
>Mary Elizabeth Deno