


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 23  A 11: 00

U.S. DISTRICT COURT
HARTFORD, C...

---------------------------------------------------- x

PAULA DASHIEL,

           Plaintiff,

       -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

           Defendant.

---------------------------------------------------- x

Case No.: 3:02-CV-01231 (CFD/TPS)

April 22, 2004

## DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR EXTENSION OF TIME

April 23, 2004. The motion is **GRANTED** only to the limited extent that defendant may have until May 12, 2004, to serve its supplemental discovery responses. The deadline for filing motions for summary judgment shall *not* be extended, but shall remain as it is.

Thomas P. Smith
United States Magistrate Judge

claims.

    2.    On March 29, 2004, Magistrate Judge Smith issued a ruling directing Prudential to supplement its responses to certain interrogatories and document requests served by Dashiel. Prudential's supplemental responses are due April 28, 2004, in accordance with that ruling.