53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 15 P 12: 10

U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------- x

PAULA DASHIEL,

          Plaintiff,

      -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

          Defendant.

---------------------------------------------- x

Case No.: 3:02-CV-01231 (CFD/TPS)

March 12, 2004

### DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL PRODUCTION OF AUDIO-TAPE

Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves to compel production of a micro-cassette tape that plaintiff Paula Dashiel ("Dashiel") has identified as being responsive to Prudential's First Request For Production Of Documents, pursuant to Fed. R. Civ. P. 37.

As set forth in Prudential's Memorandum Of Law In Support Of Its Motion To Compel Production Of Audio-Tape and the Declaration Of Mary Elizabeth Deno, Esq., together with

**April 23, 2004.** The motion is **GRANTED**. The plaintiff is ordered to produce to the defendant a copy of the tape within 15 days of this date. At the conclusion of all proceedings in this case, on application, the court will consider the amount of attorney's fees, if any, that will be awarded to defendant in connection with its successful prosecution of this motion.

Thomas P. Smith
United States Magistrate Judge