UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- x

PAULA DASHIEL,

                Plaintiff,                Case No.: 3:02-CV-01231 (CFD/TPS)

                -against-

THE PRUDENTIAL INSURANCE            April 15, 2004
COMPANY OF AMERICA,

                Defendant.

------------------------------------------------------- x

### DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO WITHDRAW A PORTION OF ITS MOTION TO COMPEL PRODUCTION OF AUDIO-TAPE

Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves to withdraw a portion of its motion to compel production of a micro-cassette tape, filed on March 15, 2004, which seeks production of an audio-cassette tape that plaintiff Paula Dashiel ("Dashiel") has identified as responsive to Prudential's First Request For Production Of Documents.

On March 25, 2004, Michael Melly, attorney for Dashiel, allowed an attorney from Proskauer Rose to meet him in Connecticut and listen to the audio-cassette tape.

Accordingly, Prudential withdraws the portion of its motion that sought to compel Dashiel to permit Prudential's counsel to listen to the tape. However, Prudential continues to pursue the portion of its motion that seeks to compel Dashiel to produce a copy of the audio-cassette tape to Prudential.