UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- x
: 
PAULA DASHIEL, :
:
                Plaintiff, :   Case No. 3:02-CV-01231 (CFD)
:
      -against- :
:
THE PRUDENTIAL INSURANCE :   June 11, 2004
COMPANY OF AMERICA, :
:
                Defendant. :
:
---------------------------------------------------------- x

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Defendant The Prudential Insurance Company of America ("Prudential") respectfully moves for an Order from the Court granting it summary judgment and dismissing the Amended Complaint in its entirety, pursuant to Fed. R. Civ. P. 56.

As set forth in Defendant's Memorandum of Law In Support of Its Motion For Summary Judgment, Defendant's Local Rule 56(a)(1) Statement of Material Facts, the Declaration of Edward Cerasia II, Esq., together with Exhibits A through H, and the Declaration of Mari Johnson, Prudential respectfully submits that it is entitled to an Order granting it summary judgment and dismissing the Amended Complaint in its entirety on each of the following grounds, pursuant to Fed. R. Civ. P. 56: (1) the Court does not have jurisdiction over any claim brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000-e *et seq.* ("Title VII"), alleging that plaintiff was discriminated against with respect to the terms and conditions of her employment (Count One of the Amended Complaint) because she did not exhaust her

administrative remedies with respect to any such claim; (2) plaintiff's Title VII race discrimination claim (Count One of the Amended Complaint) fails because she cannot establish a *prima facie* case of race discrimination and, even if she could prove a *prima facie* case, she has no evidence that Prudential's legitimate, non-discriminatory reasons for its employment decisions were pretextual and that the real reason was her race; (3) plaintiff's common law claims for breach of implied contract, promissory estoppel, breach of the implied covenant of good faith and fair dealing, intentional infliction of emotional distress, and negligent misrepresentation (Counts Two through Six of the Amended Complaint) fail because plaintiff has no proof to support the essential elements of each of those claims; and (4) plaintiff's purported cause of action for "wanton and willful" conduct in violation of her "rights" (Count Seven of the Amended Complaint) fails because such claim is not cognizable under Connecticut law and, in any event, plaintiff has no evidence that Prudential acted willfully or engaged in any conduct with reckless indifference to her rights or that liability for punitive damages could be imputed to Prudential.

Dated this 11th day of June 2004, at Newark, New Jersey.

Respectfully submitted,

PROSKAUER ROSE LLP

By *[signature]*
   Edward Cerasia II
    Fed. Bar No. ct13096
   Mary Elizabeth Deno
    Fed. Bar No. ct 24335
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
E-Mail: ecerasia@proskauer.com

Attorneys for Defendant
The Prudential Insurance Company of America

2

Local Counsel:

Jonathan B. Orleans
 Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 11, 2004, I caused to be served a true and correct copy of the foregoing Defendant's Motion For Summary Judgment, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

>Michael J. Melly, Esq.
>Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
>100 Fort Hill Road
>Groton, CT  06340

_Mary Elizabeth Deno_
Mary Elizabeth Deno