UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------x
                            :

PAULA DASHIEL,              :

              Plaintiff,     :     Case No.  3:02-CV-01231 (CFD/TPS)

                            :

         -against-         :

                            :

THE PRUDENTIAL INSURANCE   :   June 11, 2004
COMPANY OF AMERICA,      :

                            :   **DECLARATION OF MARI JOHNSON**

           Defendant.    :

                            :

-----------------------------------------------------x

MARI JOHNSON, declares under penalty of perjury:

1.     I am a Human Resources Consultant for Prudential Real Estate and Relocation Services ("PRERS") and I maintain certain records and information relating to PRERS' relocation of several of its operations to Phoenix, Arizona.  I submit this Declaration, which is based upon my review of the records and information connected with PRERS' relocation, in support of defendant The Prudential Insurance Company of America's motion for summary judgment.

2.     By year-end 2001, PRERS' Shelton, Connecticut facility, which employed approximately 500 individuals, closed.  As a result of that closure, over 400 employees lost their jobs with PRERS.

3.     I have reviewed the employment history records for Ellen Shedlovsky and Martha Bobian.  Ms. Shedlovsky, who is Caucasian, was employed by PRERS as an International Transportation Counselor ("ITC") in PRERS' Valhalla, New York facility until October 5, 2001, when she voluntarily left the company.

4.    Ms. Bobian, who is African-American, was hired as an ITC in the Valhalla facility, effective November 26, 2001.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed at Irvine, California on June __9__, 2004

_____
Mari Johnson

## CERTIFICATION OF SERVICE

I hereby certify that on June 11, 2004, I caused to be served a true and correct copy of the foregoing Declaration of Mari Johnson, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

> Michael J. Melly, Esq.
> Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
> 100 Fort Hill Road
> Groton, CT 06340

Mary Elizabeth Deno