UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

------------------------------------------------- x

PAULA DASHIEL,

        Plaintiff,

        -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

------------------------------------------------- x

Case No. 3:02-CV-01231 (CFD)

June 11, 2004



## DECLARATION OF EDWARD CERASIA II, ESQ.

EDWARD CERASIA II, ESQ. declares under penalty of perjury:

1. I am a partner with the law firm of Proskauer Rose LLP, lead attorneys for defendant The Prudential Insurance Company of America ("Prudential") in the above-captioned case. I submit this Declaration, which is based on personal knowlege, in support of Prudential's Fed. R. Civ. P. 56 motion for summary judgment, which is submitted herewith.

2. Appended to this Declaration as Exhibit A is a true and correct copy of each of the following pages from the deposition transcript of plaintiff Paula Dashiel: 13, 14, 16, 17, 20, 22-24, 32, 41, 44-55, 58-66, 68-73, 77, 78, 87-89, 92, 93, 100, 101, 112, 116, 117, 121-124, 127-132, 141, 142, 146, 151, 152, 189 and 190.

3. Appended to this Declaration as Exhibit B is a true and correct copy of the following exhibits from Ms. Dashiel's deposition: Exhibits 1, 2, 3, 5, 6, 7, 10, 11, 12, 13, 14, 15 and 16.

4. Appended to this Declaration as Exhibit C is a true and correct copy of each of the following pages from the deposition transcript of Rosemary Moreno: 8, 9, 19-21, 26, 28, 35-38, 44-48, 55-58, 71-74 and 76.

5. Appended to this Declaration as Exhibit D is a true and correct copy of each of the following pages from the deposition transcript of Deborah Kershaw: 10, 13, 27-33, 42-45 and 50-52.

6. Appended to this Declaration as Exhibit E is a true and correct copy of Prudential's Response to Interrogatory Nos. 9 and 22 in Defendant's Responses And Objections To Plaintiff's First Request For Interrogatories, dated June 23, 2003.

7. Appended to this Declaration as Exhibit F is true and correct copy of Prudential's Response to Interrogatory Nos. 5 and 22 in Defendant's Supplemental Responses And Objections To Plaintiff's First Request For Interrogatories, dated May 12, 2004.

8. Appended to this Declaration as Exhibit G is a true and correct copy of the U. S. Equal Employment Opportunity Commission's Dismissal and Notice of Rights, dated April 23, 2002.

9. Appended to this Declaration as Exhibit H is a true and correct copy of Bawa v. Brookhaven Nat'l Lab., CV-95-2472 (LDW) (E.D.N.Y. Oct. 15, 1997).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed at Newark, New Jersey on June 11, 2004

*Edward Cerasia II*
—————————————
Edward Cerasia II

## CERTIFICATION OF SERVICE

I hereby certify that on June 11, 2004, I caused to be served a true and correct copy of the foregoing Declaration of Edward Cerasia II, Esq., together with Exhibits A through H, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

> Michael J. Melly, Esq.
> Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
> 100 Fort Hill Road
> Groton, CT  06340

Mary Elizabeth Deno