UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
: 
PAULA DASHIEL, :
:
              Plaintiff, :    Case No. 3:02-CV-01231 (CFD/TPS)
:
         -against- :
:
THE PRUDENTIAL INSURANCE :    June 11, 2004
COMPANY OF AMERICA, :
:
             Defendant. :
:
------------------------------------------------- x

### DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S NOTICE OF MANUAL FILING

Please take notice that defendant The Prudential Insurance Company of America ("Prudential") has manually filed the Declaration of Edward Cerasia II, Esq. ("Cerasia Declaration"), together with Exhibits A through H, in support of Prudential's Motion for Summary Judgment, dated June 11, 2004, because the electronic file size of the Cerasia

Declaration and exhibits is too large to fit on the disk submitted herewith for electronic filing with the Court.

Dated this 11th day of June 2004, at Newark, New Jersey.

Respectfully submitted,

PROSKAUER ROSE LLP

By *[signature]*
Edward Cerasia II
  Fed. Bar No. ct 13096
Mary Elizabeth Deno
  Fed. Bar No. ct 24335
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
E-Mail: ecerasia@proskauer.com
E-Mail: mdeno@proskauer.com

Attorneys for Defendant
The Prudential Insurance Company of America

Local Counsel:

Jonathan B. Orleans
  Fed. Bar No. ct 05440
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

2

## CERTIFICATION OF SERVICE

I hereby certify that on June 11, 2004, I caused to be served a true and correct copy of the foregoing Defendant's Notice of Manual Filing, by Federal Express Next Day Air, prepaid, on the following counsel of record for plaintiff:

>Michael J. Melly, Esq.
>Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
>100 Fort Hill Road
>Groton, CT  06340

_____
Mary Elizabeth Deno