FILED

2004 JUL -6 A 11: 37

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA DASHIEL, | : CIVIL ACTION NO. |
| Plaintiff | : 3:02-cv-01231 (CFD) |
| | : |
| V. | : |
| | : |
| THE PRUDENTIAL INSURANCE | : |
| COMPANY OF AMERICA, | : |
| Defendants | : JULY 2 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 9(b), that the court grant an enlargement of time to July 26, 2004 within which to file her Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Defendant does not object to Plaintiff's request for additional time. Defendant requests that it be allowed to August 16, 2004 in which to respond to Plaintiff's Opposition. This is the first request in this matter.

**Procedural Background**

1.  The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.

2.  Counsel for Plaintiff has recently been required to work on other legal matters including: Rita Absher vs. FlexiInternational Software, 3:02cv171 (AHN) [depositions] and Clifford M. Cuseo vs. Aquent, Inc., et al, CV04 0568982 [Memorandum of Law in Opposition to Motion to Dismiss]. Counsel needs this enlargement in order to properly respond to the motion for summary judgment.

        THE PLAINTIFF,
        PAULA DASHIEL

BY _____
        Michael J. Melly
        Fed. Bar No. 17841
        Bartinik, Gianacoplos, Bartinik,
        Bartinik & Grater, P.C.
        100 Fort Hill Road
        Groton, CT 06340
        (860) 445-8521
        (860) 445-5873 facsimile

## CERTIFICATION

I hereby certify that a copy of the foregoing was facsimiled and mailed on July 2, 2004 to:

Mary E. Deno, Esq.
Proskauer Rose, LLP
One Newark Center
18th Floor
Newark, NJ 07102

Local Counsel
Jonathan B. Orleans
Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Michael J. Melly, ct17841