UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL, | : | |
| Plaintiff, | : | No. 3:02CV01231 (CFD) |
| V. | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| Defendant. | : | August 16, 2004 |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME

Defendant The Prudential Insurance Company of America, by its counsel, submits this response to Plaintiff's Motion, dated August 13, 2004, for an enlargement of time to file her memorandum in opposition to Defendant's pending motion for summary judgment.

In her motion, Plaintiff states:

> Defendant takes no position relative to plaintiff's request for additional time. Defendant requests that it be allowed to September 20, 2004 in which to respond to Plaintiff's Opposition.

Plaintiff has correctly reported that Defendant "takes no position" relative to this request — the Plaintiff's third — for an extension of time to respond to Defendant's Motion for Summary Judgment. However, Plaintiff has incorrectly stated Defendant's request with respect to a deadline for its Reply. Should Plaintiff's motion be granted,

Defendant requests that its Reply be due on September 30, 2004.

                                                                      Respectfully submitted,

                                        _____/s/
                                        Jonathan B. Orleans (ct05440)

                                                  **Zeldes, Needle & Cooper, P.C.**
                                                  1000 Lafayette Blvd.
                                                 Bridgeport, CT 06604
                                                 Tel. (203) 333-9441
                                                 Fax. (203) 333-1489
                                                 email:  jorleans@znclaw.com


Edward Cerasia II (ct13096)
Mary Elizabeth Deno (ct24335)

                                                 **Proskauer Rose LLP**
                                                 One Newark Center, 18th Floor
                                                 Newark, New Jersey 07102
                                                 Tel. (973) 274-3200
                                                 E-mail:  ecerasia@proskauer.com
                                                 E-mail:  mdeno@proskauer.com


Attorneys for Defendant
The Prudential Insurance Company of America

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via email and U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Melly, Esq.
>Bartinik, Gianacoplos, Bartinik,
>Bartinik & Grater, P.C.
>100 Fort Hill Rd.
>Groton, CT 06340

>Mary E. Deno, Esq.
>Proskauer Rose LLP
>One Newark Center, 18th Fl.
>Newark, NJ 07102

Dated at Bridgeport, Connecticut on this 16th day of August, 2004.

_____/s/
Jonathan B. Orleans