

FILED
2004 AUG 31 A 9:29
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-cv-01231 (CFD) |
| | : | |
| V. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA, | : | |
| Defendants | : | AUGUST 31, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), that the court grant an enlargement of time to September 21, 2004 within which to file a Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Plaintiff has been unable to ascertain the position of the Defendant relative to Plaintiff's request for additional time. This is the fourth extension request in this matter.

**Procedural Background**

1.      The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942 • GROTON, CONNECTICUT 06340-0942 • 860-445-8521 • JURIS NUMBER 01220

2.      Counsel for Plaintiff has recently been required to work on other legal matters including: Malloy v. American Disposal Service of Missouri, CV 03 0565078 S [Memorandum in Opposition to Motion to Dismiss]; Rita Absher v. FlexiInternational Software, 3:02cv171 (AHN) [discovery] and Clifford M. Cuseo v. Aquent, Inc., et al, CV04 0568982 [Memorandum of Law in Opposition to Motion to Dismiss]; Briggs v. Eastern Electric [Memorandum in Opposition to Motion for Summary Judgment]. Further, counsel has been required to cover for attorneys from his firm who have taken vacation over the last several weeks.

3.      Counsel needs this enlargement in order to properly respond to the motion for summary judgment.

                                                 Plaintiff,
                                                 Paula Dashiel

By_____
Michael J. Melly
Fed. Bar No. 17841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-5873 facsimile

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 8/30/04 to:

Mary E. Deno, Esq.
Proskauer Rose, LLP
One Newark Center
18th Floor
Newark, NJ 07102

Local Counsel
Jonathan B. Orleans
Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Michael J. Melly, ct17841