UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------- x
                                                                :

PAULA DASHIEL,                               :

                      Plaintiff,                      :        Case No. 3:02-CV-01231 (CFD)

            -against-                      :

THE PRUDENTIAL INSURANCE     :        August 31, 2004
COMPANY OF AMERICA,            :

                     Defendant.                   :
-------------------------------------------------- x

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S**
**<u>MOTION FOR ENLARGEMENT OF TIME</u>**

       Defendant The Prudential Insurance Company of America ("Prudential"), by its counsel, respectfully submits this opposition to plaintiff Paula Dashiel's ("Dashiel's) Motion, dated August 31, 2004, for a fourth enlargement of time to file her memorandum in opposition to Prudential's pending motion for summary judgment.

       1.       Dashiel commenced this lawsuit on July 17, 2002, alleging race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 <u>et</u> <u>seq.</u>, and state law claims. On April 23, 2003, the Court granted Dashiel's motion for leave to file an Amended Complaint.

       2.       On June 11, 2004, Prudential served and filed its motion for summary judgment.

3. This is Dashiel's fourth request for an enlargement of time to oppose Prudential's motion for summary judgment.

4. Prudential consented to Dashiel's first two requests for an enlargement of time and took no position as to her third request.

5. In her fourth motion for an enlargement of time, Dashiel's counsel states that he "been required to work on other legal matters," including: Malloy v. American Disposal Service of Missouri, CV 03 0565078 S (Memorandum of Law in Opposition to Motion to Dismiss); Rita Absher v. FlexiInternational Software, 3:02cv171 (AHN) (discovery); Clifford M. Cuseo v. Aquent, Inc. et al, CV04 0568982 (Memorandum of Law in Opposition to Motion to Dismiss); and Briggs v. Eastern Electric (no cite provided) (Memorandum of Law In Opposition to Motion for Summary Judgment). Her counsel also has been "required to cover for attorneys from his firm who have taken vacation over the last several weeks."

6. Notably, Dashiel's counsel has been working on depositions in the Rita case and a memorandum of law in opposition to a motion to dismiss in the Clifford case since July 2, 2004, when he filed his first motion for an enlargement of time to respond to Prudential's motion for summary judgment. He has continued to work on depositions in Rita, an opposition to the motion to dismiss in Clifford, and an opposition to a motion for summary judgment in Briggs since July 26, 2004, when he filed his second motion for an enlargement of time. On August 13, 2004, counsel for Dashiel filed a third motion for an enlargement of time because he was still working on depositions in Rita and dispositive motions in Clifford, Briggs and a fourth matter, Cesca v. Pepsi Bottling Co., CV 02 0815529.

7. Prudential's motion has been pending unanswered for over 80 days while Dashiel's counsel continuously attends to other legal matters. Prudential respectfully submits

that the Court should not countenance Dashiel's undue delay in responding to the pending motion for summary judgment in this case.

WHEREFORE, Prudential respectfully requests that this Court deny Dashiel's motion for an enlargement of time to oppose Prudential's summary judgment motion. In the event that Dashiel's motion is granted, Prudential respectfully requests that it have until October 21, 2004 to serve its reply papers.

                        Respectfully submitted,

                        THE PRUDENTIAL INSURANCE COMPANY
                        OF AMERICA

                        _____/s/
                      by Jonathan B. Orleans (ct05440)
                        ZELDES, NEEDLE & COOPER, P.C.
                        1000 Lafayette Blvd.
                        Bridgeport, CT 06604
                        Tel. (203) 333-9441
                        Fax. (203) 333-1489
                        email: jorleans@znclaw.com

                        Edward Cerasia II (ct13096)
                        Mary Elizabeth Deno (ct24335)
                        PROSKAUER ROSE LLP
                        One Newark Center, 18th Floor
                        Newark, New Jersey 07102
                        Tel. (973) 274-3200
                        E-mail: ecerasia@proskauer.com
                        E-mail: mdeno@proskauer.com

                        Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via telecopier and via U.S. First Class Mail, postage prepaid, on this date, to:

        Michael J. Melly, Esq.
        Bartinik, Gianacoplos, Bartinik,
        Bartinik & Grater, P.C.
        100 Fort Hill Rd.
        Groton, CT 06340

        Mary E. Deno, Esq.
        Proskauer Rose LLP
        One Newark Center, 18th Fl.
        Newark, NJ 07102

Dated at Bridgeport, Connecticut on this _____ day of August, 2004.

                                            _____/s/
                                            Jonathan B. Orleans