**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 9/14/04

FILED
2004 AUG 31 A 9: 29
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-cv-01231 (CFD) |
| | : | |
| V. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA, | : | |
| Defendants | : | AUGUST 31, 2004 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), that the court grant an enlargement of time to September 21, 2004 within which to file a Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Plaintiff has been unable to ascertain the position of the Defendant relative to Plaintiff's request for additional time. This is the fourth extension request in this matter.

**Procedural Background**

1.      The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.