FILED

2004 SEP 21  A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-cv-01231 (CFD) |
| | : | |
| V. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA, | : | |
| Defendants | : | SEPTEMBER 20, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), that the court grant an enlargement of time to September 30, 2004 within which to file a Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Defendant opposes this request for additional time. This is the fifth enlargement of time in this matter.

**Procedural Background**

1.  The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.

2. Counsel for Plaintiff has recently been required to work on other legal matters including: Richard Hamilton v. AMTRAK, [union grievance hearing]; Joann Gossett, Administratrix v. General Motors Corporation, CV 03 08342 [Memorandum in Opposition to Motion to Implead]; Rita Absher v. FlexiInternational Software, 3:02 cv171 (AHN) [discovery];

3. This case is extremely complicated as it involves the relocation of the relocation and real estate division of the defendant company to Phoenix, Arizona. In preparation of a response to defendant's motion for summary judgment plaintiff has been required to review substantial discovery materials involving the defendant's relocation process. This includes reviewing information relative to multiple employees from a number of facilities across the country. Further complicating the matter is the various and conflicting information obtained from the defendant at deposition and in discovery.

4. Plaintiff requires the requested enlargement in order to properly respond to the motion for summary judgment. Defendant will not be prejudiced by this request.

                        Plaintiff,
                        Paula Dashiel

                        By _____
                           Michael J. Melly
                           Fed. Bar No. 17841
                           Bartinik, Gianacoplos, Bartinik,
                           Bartinik & Grater, P.C.
                           100 Fort Hill Road
                           Groton, CT 06340
                           Tel: (860) 445-8521
                           Fax: (860) 445-5873

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 9/20/04 to:

Mary E. Deno, Esq.
Proskauer Rose, LLP
One Newark Center 18th Floor
Newark, NJ 07102

Jonathan B. Orleans
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

                           _____
                           Michael J. Melly