ORIGINAL

ORIGINAL

FILED

2004 SEP 23 P 1: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------ x
:
PAULA DASHIEL, :
:
             Plaintiff, :   Case No. 3:02-CV-01231 (CFD/TPS)
:
         -against- :
:
THE PRUDENTIAL INSURANCE :   September 22, 2004
COMPANY OF AMERICA, :
:
             Defendant. :
:
------------------------------------------------ x

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Defendant The Prudential Insurance Company of America ("Prudential"), by its counsel, respectfully submits this opposition to plaintiff Paula Dashiel's ("Dashiel's") September 20, 2004 Motion for a fifth enlargement of time to file her memorandum in opposition to Prudential's pending motion for summary judgment.

    1.     Dashiel commenced this lawsuit on July 17, 2002, alleging race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law claims. On April 23, 2003, the Court granted Dashiel's motion for leave to file an Amended Complaint.

2. On June 11, 2004, Prudential served and filed its motion for summary judgment. Prudential had sought an enlargement of time to file that motion, but its request to the Court was denied.

3. This is Dashiel's fifth request for an enlargement of time to oppose Prudential's motion for summary judgment.

4. Prudential consented to Dashiel's first two requests for an enlargement of time, took no position as to her third request, and opposed her fourth request.

5. In her fourth motion for an enlargement of time, Dashiel's counsel stated that he "been required to work on other legal matters," including: Malloy v. American Disposal Service of Missouri, CV 03 0565078 S (Memorandum of Law in Opposition to Motion to Dismiss); Rita Absher v. FlexiInternational Software, 3:02cv171 (AHN) (discovery); Clifford M. Cuseo v. Aquent, Inc. et al, CV04 0568982 (Memorandum of Law in Opposition to Motion to Dismiss); and Briggs v. Eastern Electric (no cite provided) (Memorandum of Law In Opposition to Motion for Summary Judgment). Her counsel also stated that he was "required to cover for attorneys from his firm who have taken vacation over the last several weeks."

6. Notably, a review of Dashiel's July 2, July 26, August 13 and August 31, 2004 motions for enlargement of time demonstrates that her counsel has been working on most of these cases since early July 2004.

7. In her fifth request for an enlargement of time, Dashiel's counsel states that he is still working on discovery in Rita, as well as two new cases, Richard Hamilton v. AMTRACK (union grievance) and Joann Gossett, Administratrix v. General Motors Corp. (Memorandum in Opposition to Motion to Implead).

8. Prudential's motion has been pending unanswered for over 3 months while Dashiel's counsel continuously attends to other legal matters. Prudential respectfully submits that the Court should not countenance Dashiel's undue delay in responding to the pending motion for summary judgment in this case.

WHEREFORE, Prudential respectfully requests that this Court deny Dashiel's motion for an enlargement of time to oppose Prudential's summary judgment motion. In the event that Dashiel's motion is granted, Prudential respectfully requests that it have until November 2, 2004 to serve its reply papers.

Respectfully submitted,

ZELDES, NEEDLE & COOPER, P.C.

Jonathan B. Orleans (ct05440)
1000 Lafayette Blvd.
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax. (203) 333-1489
email: jorleans@znclaw.com

PROSKAUER ROSE LLP

Edward Cerasia II (ct13096)
Mary Elizabeth Deno (ct24335)
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel. (973) 274-3200
E-mail: ecerasia@proskauer.com
E-mail: mdeno@proskauer.com

Attorneys for Defendant
The Prudential Insurance Company of America

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

    Michael J. Melly, Esq.
    Bartinik, Gianacoplos, Bartinik,
    Bartinik & Grater, P.C.
    100 Fort Hill Rd.
    Groton, CT 06340

    Mary Elizaneth Deno, Esq.
    Proskauer Rose LLP
    One Newark Center, 18th Fl.
    Newark, NJ 07102

Dated at Bridgeport, Connecticut on this 22 day of September, 2004.

                                        Jonathan B. Orleans