FILED

2004 SEP 29 A 10:55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL,<br>Plaintiff | : <br> : <br> : | CIVIL ACTION NO.<br>3:02-cv-01231 (CFD) |
| V. | : <br> : | |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br>Defendants | : <br> : <br> : | SEPTEMBER 28, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), that the court grant an enlargement of time to October 18, 2004 within which to file a Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Plaintiff is unaware of defendant's position relative to this request for additional time. This is the sixth enlargement of time in this matter.

**Procedural Background**

1.  The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.

2.  Counsel for Plaintiff has recently been required to work on other legal

matters including: Counsel for the plaintiff has recently been busy on legal work involving other maters, including:

Dashiel v. Prudential Insurance Company of America, 3:02 cv 01231 (CFD) [Memorandum in Opposition to Motion for Summary Judgment]; Richard Hamilton v. AMTRAK, [union grievance hearing]; Joann Gossett, Administratrix v. General Motors Corporation, CV 03 08342 [Memorandum in Opposition to Motion to Implead]; Telerent Leasing v. Morgan Inn LLC, [Motion for Summary Judgment]; Roy v. Waterford Hotel Group, [CHRO complaint] Rita Absher v. FlexiInternational Software, 3:02 cv171 (AHN) [summary judgment]; Counsel for the plaintiff has had other business commitments as well.

3. This case is extremely complicated as it involves the relocation of the relocation and real estate division of the defendant company to Phoenix, Arizona. In preparation of a response to defendant's motion for summary judgment plaintiff has been required to review substantial discovery materials involving the defendant's relocation process. This includes reviewing information relative to multiple employees from a number of facilities across the country. Further complicating the matter is the various and conflicting information obtained from the defendant at deposition and in discovery.

4. Plaintiff requires the requested enlargement in order to properly respond to the motion for summary judgment. Defendant will not be prejudiced by this request.

Plaintiff,
Paula Dashiel

By _____
Michael J. Melly
Fed. Bar No. 17841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
Tel: (860) 445-8521
Fax: (860) 445-5873

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 9/28/04 to:

Mary E. Deno, Esq.
Proskauer Rose, LLP
One Newark Center 18th Floor
Newark, NJ 07102

Jonathan B. Orleans
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Michael J. Melly