UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
                                                                    :

PAULA DASHIEL,                           :

                 Plaintiff,               :           Case No. 3:02-CV-01231 (CFD/TPS)

         -against-                  :

THE PRUDENTIAL INSURANCE   :           September 30, 2004
COMPANY OF AMERICA,          :

                 Defendant.             :
------------------------------------------------- x

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
<u>MOTION FOR ENLARGEMENT OF TIME</u>**

Defendant The Prudential Insurance Company of America ("Prudential"), by its counsel, respectfully submits this opposition to plaintiff Paula Dashiel's ("Dashiel's") September 28, 2004 Motion for a sixth enlargement of time to file her memorandum in opposition to Prudential's pending motion for summary judgment.

1.      Dashiel commenced this lawsuit on July 17, 2002, alleging race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 <u>et</u> <u>seq.</u>, and state law claims. On April 23, 2003, the Court granted Dashiel's motion for leave to file an Amended Complaint.

2.      On June 11, 2004, Prudential served and filed its motion for summary judgment. Prudential had sought an enlargement of time to file that motion, but its request was denied by Magistrate Judge Smith.

3.      This is Dashiel's sixth request for an enlargement of time to oppose Prudential's motion for summary judgment.

4.      Prudential consented to Dashiel's first two motions for an enlargement of time, took no position as to her third motion, and opposed her fourth and fifth motions.

5.      In her fifth motion for an enlargement of time, Dashiel's counsel, Michael Melly, stated that he "has recently been busy working on legal work involving other matters," including: Rita Absher v. FlexiInternational Software, 3:02cv171 (AHN) (discovery); Richard Hamilton v. AMTRACK (union grievance) and Joann Gossett, Administratrix v. General Motors Corp. (Memorandum in Opposition to Motion to Implead).

6.      In her sixth request for an enlargement of time, Attorney Melly states that he is still working on discovery in Rita, Gossett, and Hamilton, as well as two new cases, Telerent Leasing v. Morgan Inn LLC. (Motion for Summary Judgment) and Roy v. Waterford Hotel Group, (CHRO complaint).

7.      Prudential's motion has been pending unanswered for over 3 ½ months while Dashiel's counsel continuously attends to other legal matters.  Prudential respectfully submits that the Court should not countenance Dashiel's undue delay in responding to the pending motion for summary judgment in this case.

WHEREFORE, Prudential respectfully requests that this Court deny Dashiel's sixth motion for an enlargement of time to oppose Prudential's summary judgment motion.  In the

event that Dashiel's motion is granted, Prudential respectfully requests that it have until November 16, 2004 to serve its reply papers.

    Respectfully submitted,

    ZELDES, NEEDLE & COOPER, P.C.

    _____
    Jonathan B. Orleans (ct05440)
    1000 Lafayette Blvd.
    Bridgeport, CT 06604
    Tel. (203) 333-9441
    Fax. (203) 333-1489
    email: jorleans@znclaw.com

    PROSKAUER ROSE LLP

    Edward Cerasia II (ct13096)
    Mary Elizabeth Deno (ct24335)
    One Newark Center, 18th Floor
    Newark, New Jersey 07102
    Tel. (973) 274-3200
    E-mail: ecerasia@proskauer.com
    E-mail: mdeno@proskauer.com

    Attorneys for Defendant
    The Prudential Insurance Company of America

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Melly, Esq.
>Bartinik, Gianacoplos, Bartinik,
>Bartinik & Grater, P.C.
>100 Fort Hill Rd.
>Groton, CT 06340
>
>Mary Elizaneth Deno, Esq.
>Proskauer Rose LLP
>One Newark Center, 18th Fl.
>Newark, NJ 07102

    Dated at Bridgeport, Connecticut on this _____ day of September, 2004.

_____
Jonathan B. Orleans