#79

FILED

2004 SEP 21 A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:02-cv-01231 (CFD) |
| V. | : | |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br>Defendants | : | SEPTEMBER 20, 2004 |

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 10/15/04

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), that the court grant an enlargement of time to September 30, 2004 within which to file a Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Defendant opposes this request for additional time. This is the fifth enlargement of time in this matter.

**Procedural Background**

1. The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.