UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA DASHIEL, | : |
|            Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:02CV1231CFD) |
| | : |
| THE PRUDENTIAL INSURANCE | : |
| COMPANY OF AMERICA, | : |
|            Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_    A recommended ruling on the following motions which are currently pending:  (orefm.)

_X_    A ruling on the following motion which is currently pending: [Doc. #80], Defendant's Opposition to Plaintiff's Motion for Enlargement of Time. (orefm.)

\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_    A conference to discuss and approve the following:  (orefmisc./cnf)

\_\_\_\_    Other:  (orefmisc./misc) _____

SO ORDERED this  4th  day of October, 2004 at Hartford, Connecticut.

                                                             /s/ CFD
                                                         Christopher F. Droney
                                                         United States District Judge