UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------ x
                                                       :
PAULA DASHIEL,                                         :
                                                       :
                    Plaintiff,                         :      Case No.  3:02-CV-01231 (CFD/TPS)
                                                       :
         -against-                                     :
                                                       :
THE PRUDENTIAL INSURANCE                               :      October 20, 2004
COMPANY OF AMERICA,                                    :
                                                       :
                    Defendant.                         :
                                                       :
------------------------------------------------------ x

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
<u>MOTION FOR ENLARGEMENT OF TIME</u>**

Defendant The Prudential Insurance Company of America ("Prudential"), by its counsel, respectfully submits this opposition to plaintiff Paula Dashiel's ("Dashiel's") October 18, 2004 Motion for a seventh enlargement of time to file her memorandum in opposition to Prudential's pending motion for summary judgment.

1.      Dashiel commenced this lawsuit on July 17, 2002, alleging race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 <u>et</u> <u>seq.</u>, and state law claims. On April 23, 2003, the Court granted Dashiel's motion for leave to file an Amended Complaint.

2. On June 11, 2004, Prudential served and filed its motion for summary judgment. Prudential had sought an enlargement of time to file that motion from June 11 to June 28, 2004, but its motion was denied by Magistrate Judge Smith.

3. This is Dashiel's seventh request for an enlargement of time to oppose Prudential's motion for summary judgment.

4. Prudential consented to Dashiel's first two motions for an enlargement of time, took no position as to her third motion, and opposed her fourth, fifth and sixth motions.

5. In Dashiel's fifth motion for an enlargement of time, Dashiel's counsel, Michael Melly, stated that he "has recently been busy working on legal work involving other matters," including: Rita Absher v. FlexiInternational Software, 3:02cv171 (AHN) (discovery); Richard Hamilton v. AMTRACK (union grievance); and Joann Gossett, Administratrix v. General Motors Corp. (Memorandum in Opposition to Motion to Implead).

6. In Dashiel's sixth motion for an enlargement of time, Attorney Melly stated that he is still working on discovery in Rita, Gossett, and Hamilton, as well as two new cases, Telerent Leasing v. Morgan Inn LLC. (Motion for Summary Judgment) and Roy v. Waterford Hotel Group, (CHRO complaint).

7. In Dashiel's seventh motion for an enlargement of time, Attorney Melly states that he is still working on the Memorandum in Opposition to Motion to Implead in Gossett, as well as the CHRO complaint in Roy. He also cites a new obligation under a previously cited case, Absher (summary judgment), and an entirely new case, Richards v. Computer Science Corporation, 3:03 cv 0630 (DJS). Attorney Melly further notes that he "has had other business commitments." In addition, in contrast to Dashiel's earlier motions, Attorney Melly cites the Memorandum in Opposition to Motion for Summary Judgment in the present case.

8. Attorney Melly further contends in Dashiel's motion that, in preparing a response to Prudential's motion for summary judgment, he learned that information regarding employees performing similar duties as Dashiel was not provided by Prudential and, therefore, Prudential has failed to comply with the Court's order of March 29, 2004.  Contrary to Attorney Melly's statements in Dashiel's motion, Prudential has complied with the Court's March 29, 2004 ruling in responding to Dashiel's interrogatories and document requests.  Based upon Prudential's review of the discovery record, it now appears that Dashiel is seeking the production of documents and information that she had not previously requested.  Prudential's counsel is conferring with Attorney Melly on this issue so that Dashiel can file her summary judgment opposition papers without any further delay.

9. Prudential's motion has been pending unanswered for over 4 months while Dashiel's counsel continuously attends to other legal matters.  Prudential respectfully submits that the Court should not countenance Dashiel's undue delay in responding to the pending motion for summary judgment in this straight-forward case.

WHEREFORE, Prudential respectfully requests that this Court deny Dashiel's seventh motion for an enlargement of time to oppose Prudential's summary judgment motion. In the event that Dashiel's motion is granted, Prudential respectfully requests that it have until December 14, 2004 to serve its reply papers.

                          Respectfully submitted,

                          ZELDES, NEEDLE & COOPER, P.C.

                                                           /s/
                          Jonathan B. Orleans (ct05440)
                        1000 Lafayette Blvd.
                        Bridgeport, CT 06604
                        Tel. (203) 333-9441
                        Fax. (203) 333-1489
                        email: jorleans@znclaw.com

                        PROSKAUER ROSE LLP

                        Edward Cerasia II (ct13096)
                        One Newark Center, 18th Floor
                        Newark, New Jersey 07102
                        Tel. (973) 274-3200
                        E-mail: ecerasia@proskauer.com

                        Attorneys for Defendant
                        The Prudential Insurance Company of America

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Melly, Esq.
>Bartinik, Gianacoplos, Bartinik,
>Bartinik & Grater, P.C.
>100 Fort Hill Rd.
>Groton, CT 06340
>
>Edward Cerasia II, Esq.
>Proskauer Rose LLP
>One Newark Center, 18th Fl.
>Newark, NJ 07102

Dated at Bridgeport, Connecticut on this 20th day of October, 2004.

_____/s/
Jonathan B. Orleans