ORIGINAL
FILED 2004 NOV -9 A 9:37
U.S. DISTRICT COURT
HARTFORD, CT.

FILED
2004 SEP 23 P 1:43
U.S. DISTRICT COURT
HARTFORD, CT.

02CV1231/mem

10/19/04. It appears that the underlying motion was granted by Judge Droney. This "opposition" was considered by him.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
:
PAULA DASHIEL,                                    :
                                                  :
              Plaintiff,                          :    Case No. 3:02-CV-01231 (CFD/TPS)
                                                  :
    -against-                                     :
                                                  :
THE PRUDENTIAL INSURANCE                          :    September 22, 2004
COMPANY OF AMERICA,                               :
                                                  :
              Defendant.                          :
                                                  :
------------------------------------------------- x

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S
### MOTION FOR ENLARGEMENT OF TIME

Defendant The Prudential Insurance Company of America ("Prudential"), by its counsel, respectfully submits this opposition to plaintiff Paula Dashiel's ("Dashiel's") September 20, 2004 Motion for a fifth enlargement of time to file her memorandum in opposition to Prudential's pending motion for summary judgment.

1. Dashiel commenced this lawsuit on July 17, 2002, alleging race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law claims. On April 23, 2003, the Court granted Dashiel's motion for leave to file an Amended Complaint.