UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-cv-01231 (CFD) |
| | : | |
| V. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA, | : | |
| Defendants | : | NOVEMBER 23, 2004 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE LATE BRIEF AND ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Paula Dashiel, respectfully requests pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), that the court grant an for permission to file late brief and enlargement of time to November 23, 2004 within which to file a Memorandum in Opposition to Defendant's Motion for Summary Judgment filed June 14, 2004. Plaintiff is unaware of defendant's position relative to this request for additional time. This is the ninth enlargement of time in this matter.

**Procedural Background**

1. The Plaintiff commenced this action on July 17, 2002, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000(e) et seq., for discrimination and disparate treatment based on her race. State common law claims were also alleged.

      2.      This case is extremely complicated as it involves the relocation of the relocation and real estate division of the defendant company to Phoenix, Arizona. In preparation of a response to defendant's motion for summary judgment plaintiff has been required to review substantial discovery materials involving the defendant's relocation process. This includes reviewing information relative to multiple employees from a number of facilities across the country. Further complicating the matter is the various and conflicting information obtained from the defendant at deposition and in discovery.

      3.      Plaintiff requires the requested enlargement in order to properly respond to the motion for summary judgment. Defendant will not be prejudiced by this request.

      THE PLAINTIFF

By_____
    Michael J. Melly
    Fed. Bar No. 17841
    Bartinik, Gianacoplos, Bartinik,
    Bartinik & Grater, P.C.
    100 Fort Hill Road
    Groton, CT 06340
    Tel: (860) 445-8521
    Fax: (860) 445-5873

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on November    2004, to:

Edward Cerasia, III, Esq.
Proskauer Rose, LLP
One Newark Center 18th Floor
Newark, NJ 07102

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Michael J. Melly