UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- x
                                                         :
PAULA DASHIEL,                                           :
                                                         :
                    Plaintiff,                           :    Case No.:  3:02-CV-01231 (CFD/TPS)
                                                         :
           -against-                                     :
                                                         :
THE PRUDENTIAL INSURANCE                                 :    December 3, 2004
COMPANY OF AMERICA,                                      :
                                                         :
                    Defendant.                           :
                                                         :
------------------------------------------------------- x

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
MOTION FOR EXTENSION OF TIME**

Defendant The Prudential Insurance Company of America ("Prudential") respectfully

moves pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b) for an extension of time, to

and including January 14, 2005, to file its reply brief in further support of its June 11, 2004

motion for summary judgment in this case.  In support of this motion, Prudential, through

counsel, represents as follows:

1.    Plaintiff commenced this lawsuit on July 17, 2002, alleging discrimination based

on race under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq., and state law

claims.

2.    On June 11, 2004, Prudential served and filed its motion for summary judgment

dismissing plaintiff's Amended Complaint in its entirety.

3.    Between July 2, 2004 and November 24, 2004, plaintiff filed nine (9) motions for

enlargement of time to file her opposition to Prudential's summary judgment motion, the first

three such motions having been made without opposition by Prudential.  Plaintiff's opposition to

the summary judgment motion was finally filed and served by mail on Prudential's counsel on November 24, 2004, and received by counsel on November 29, 2004.

4.     Under this Court's Local Rules, Prudential's reply to plaintiff's opposition to summary judgment is currently due on December 13, 2004. See Fed. R. Civ. P. 6(a) and (e); D.Conn. L. Civ. R. 7(d).

5.     Prudential respectfully requests an extension of time to file its reply brief in further support of its motion for summary judgment in this case, up to and including January 14, 2005, because lead counsel for Prudential, Edward Cerasia II, is currently preparing for a jury trial in a matter pending in the United States District Court for the District of Maryland. This trial begins on December 13, 2004 (the date Prudential's opposition is due) and he is expected to return to the office on December 28, 2004. In addition, Attorney Mary Deno, who had worked on this case since its inception, left the firm in late-September 2004.

6.     Notwithstanding that plaintiff's own papers were filed some four (4) months after they were originally due, counsel for plaintiff, Michael Melly, has only consented to an extension of an additional ten (10) days, up to December 23, 2004.

7.     This is Prudential's first request for an extension of time with respect to the filing of a reply to plaintiff's opposition to summary judgment.

2

WHEREFORE, Prudential respectfully requests that this Court grant its request for an extension of time to file its reply brief in further support of its motion for summary judgment, up to and including January 14, 2005.

Dated at Newark, New Jersey, this 3rd day of December, 2004.

Respectfully submitted,

By _E. Cerasia  by Jonnet Schle_
Edward Cerasia II
Fed. Bar No. ct13096
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel.: 973.274.3200
Fax: 973.274.3299
E-mail:  ecerasia@proskauer.com

Local Counsel:

Jonathan B. Orleans
Fed. Bar No. ct05440
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06601
203.333.9441
E-Mail: jorleans@znclaw.com

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via Federal Express,

postage prepaid, on this date, to:

        Michael J. Melly, Esq.
        Bartinik, Gianacoplos, Bartinik,
         Bartinik & Grater, P.C.
        100 Fort Hill Rd.
        Groton, CT 06340

        Edward Cerasia II
        Proskauer Rose LLP
        One Newark Center, 18th Fl.
        Newark, NJ 07102

Dated at Bridgeport, Connecticut on this 31 day of December, 2004.

                        Jonathan B. Orleans