UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
:
PAULA DASHIEL,                                    :
:
        Plaintiff,                        :   Case No. 3:02-CV-01231 (CFD)
:
    -against-                                    :
:
THE PRUDENTIAL INSURANCE                          :   January 13, 2005
COMPANY OF AMERICA,                               :
:
        Defendant.                        :
:
------------------------------------------------- x

### SUPPLEMENTAL DECLARATION OF EDWARD CERASIA II, ESQ.

EDWARD CERASIA II, ESQ. declares under penalty of perjury:

1.    I am a partner with the law firm of Proskauer Rose LLP, lead attorneys for defendant The Prudential Insurance Company of America ("Prudential") in the above-captioned case. I submit this Supplemental Declaration, which is based on personal knowlege, in further support of Prudential's motion for summary judgment.

2.    Appended to this Declaration as Exhibit A is a true and correct copy of an August 31, 2001 letter from John O'Connell to Joan Schell, bearing Bates stamp D000480-D000481

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed at Newark, New Jersey, on January 13, 2005.

*/s/ Edward Cerasia II*
---
Edward Cerasia II

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 13, 2005, I caused to be served a true and correct copy of the foregoing Supplemental Declaration of Edward Cerasia II, Esq., by overnight mail, prepaid, on the following counsel of record for plaintiff:

>Michael J. Melly, Esq.
>Mullins & Michaud LLC
>682 Prospect Avenue
>Hartford, Ct 06105

*Edward Cerasia II*
Edward Cerasia II

**EXHIBIT A**

 **Prudential**

Prudential Relocation
Two Corporate Drive, Shelton, CT 06484-6238
Tel 203 925-8456

August 31, 2001

Joan Schell
362 Lake Shore Drive
Pleasantville, NY 10570

Dear Joan:

As you know, Prudential Real Estate and Relocation Services is undergoing a reorganization due to Project Firebird. This process is being undertaken so that Prudential Real Estate and Relocation Services can better serve its customers and operate more efficiently. As a result, your position is being eliminated. Therefore, you are being separated from employment effective October 31, 2001.

Of course, you may post for positions both inside and outside of Prudential Real Estate and Relocation Services. If you are unable to secure another position with Prudential, however, your separation from employment with Prudential will occur on October 31, 2001.

As a result of your separation from employment, you are eligible for the following benefits:

- A lump sum severance payment in accordance with the Prudential Severance Plan (the "Severance Plan") estimated to be $25,200.00, less applicable taxes, withholdings, and other deductions. Payment will be made as soon as practicable after your last day of employment, and the expiration of any applicable revocation period related to your signed Separation Agreement and General Release.

- If you elect to continue medical and/or dental coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA"), you will receive such coverage provided to similarly situated active employees at the Company-subsidized rates for 9 months (the "COBRA Subsidy"). The COBRA Subsidy will cease upon the expiration of the 9 months, or the date you obtain other employment, or the date you are eligible for other group medical and/or dental coverage, whichever occurs first. Thereafter, you shall be eligible for medical and/or dental coverage for the remainder of the COBRA period at the standard non-subsidized COBRA rates. (Note that COBRA rates change annually on January 1.)

- In accordance with the terms of your current compensation plan, and subject to the appropriate approvals, a prorated incentive payment in the amount of $500.00, less applicable taxes and withholdings, will be paid. This payment will be made as soon as practicable after your separation date and the expiration of any applicable revocation period related to your signed Separation Agreement and General Release.

- Outplacement services will be provided by Lee Hecht Harrison.

CONFIDENTIAL
D 000480

A Prudential Real Estate and Relocation Solutions Company

You will not be eligible for these benefits if any of the following occurs prior to your effective date of separation:

- You successfully post for another position within Prudential;
- You voluntarily terminate your employment with Prudential for any reason;
- You are offered another position with Prudential, whether you accept or decline the position; **or**
- Your employment is terminated for cause as defined in the Severance Plan.

If you are offered another position with Prudential and decline it, you may be eligible for a severance payment under the Severance Plan, provided the Company, in its sole discretion, determines that the position you decline is at a total compensation level (that is base salary plus annual bonus [for the calculation of your annual bonus in this context in accordance with Prudential's Severance Plan, please see your Human Resources Consultant] or the equivalent thereof) is more than 20% below your current total compensation level, and/or the commuting distance from the center of town in which you reside to the center of town where the new position is located is greater than 49 miles.

Please note that you will only be eligible for these benefits if you sign the attached Separation Agreement and General Release by your effective date of separation. If you do not sign, or if you revoke, the Separation Agreement and General Release, you will not receive the payment under the Severance Plan, the COBRA Subsidy, the incentive payment or the outplacement services and the letter will be null and void. Please submit the signed Separation Agreement and General Release to Rosemary Moreno at Two Corporate Drive, Shelton, CT 06484-6238 on your last day in the office. The release will not be accepted prior to that date.

You should be aware that if you are rehired by Prudential, the Company may, in its sole discretion, require you to return any or all amounts of severance that have been paid to you under the Severance Plan.

In addition, you will receive a lump sum payment for any earned, unused 2001 personal vacation days, including any days carried over from 2000. You will receive any applicable retention bonus, less applicable taxes and withholdings you may be eligible for within 30 day of your separation date.

If you have any questions, please contact me.

Joan, these types of decisions are always difficult, and the decision to eliminate your position was not undertaken without a great deal of consideration. Your past contributions to Prudential are appreciated by me and the entire Prudential management team.

Sincerely,

*John O'Connell*

John O'Connell

CONFIDENTIAL
D 000481