UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
PAULA DASHIEL,                                    :
:
                Plaintiff,             :   Case No. 3:02-CV-01231 (CFD/TPS)
:
                -against-             :
:
THE PRUDENTIAL INSURANCE          :   January 10, 2005
COMPANY OF AMERICA,                 :
:
                Defendant.           :
:
-----------------------------------------------------------x

**DECLARATION OF KATHLEEN MORRIS**

      KATHLEEN MORRIS, declares under penalty of perjury:

      1.     I am the Vice President of International Business Development for Prudential Real Estate and Relocation Services ("PRERS"). I submit this Declaration, which is based upon personal knowledge, in support of defendant The Prudential Insurance Company of America's ("Prudential's") motion for summary judgment.

      2.     I worked for PRERS in its former Shelton, Connecticut facility. I was plaintiff Paula Dashiel's direct supervisor while she was employed by PRERS. I also supervised Joan Schell.

      3.     As their direct supervisor, I was fully familiar with the job duties that Ms. Dashiel and Ms. Schell performed. As International Services Coordinators, they both performed a hybrid of destination and transportation services functions. They were the only two employees in Shelton whose jobs included this combination of duties.

4.  For a short time, I also supervised Bret Wall. Mr. Wall was a Glendale, Arizona resident and was one of several International Assignment Managers ("IAMs") hired in 2000 to work at PRERS' new facility in Phoenix, Arizona. In or around May 2000, PRERS sent Mr. Wall from Phoenix to the Shelton facility for approximately three months of training. During that time, PRERS provided him with temporary housing. Once Mr. Wall completed his training, he returned to the Phoenix facility.

5.  Mr. Wall was not hired to work in the Shelton facility or for the specific purpose of assuming Ms. Dashiel's job duties. Upon the closing of the Shelton facility in 2001, all destination services duties were performed by IAMs in Phoenix.

6.  I had no involvement whatsoever in the decision to close the Shelton facility or the decision as to whether to select Ms. Dashiel for an open International Transportation Counselor ("ITC") position in Valhalla, New York. Decisions as to who would be hired for an open ITC position in Valhalla were made by Debra Kershaw.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on January 10, 2005

_____
Kathleen Morris

5364/57733-011 NJWORD/99293v1

2

Case 3:02-cv-01231-CFD    Document 98    Filed 01/14/2005    Page 3 of 3

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 13, 2005, I caused to be served a true and correct copy of the foregoing Declaration of Kathleen Morris, by overnight mail, prepaid, on the following counsel of record for plaintiff:

> Michael J. Melly, Esq.
> Mullins & Michaud LLC
> 682 Prospect Avenue
> Hartford, Ct  06105

*Edward Cerasia II*
_____
Edward Cerasia II