UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA DASHIEL | : | |
| v. | : | CASE NO. 3:02CV1231(CFD) |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : | |

## **JUDGMENT**

    This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

    The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on March 17, 2006 granting the motion, it is therefore,

    ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

    Dated at Hartford, Connecticut, this 20th day of March, 2006.

                    KEVIN F. ROWE, Clerk


                    By /s/ Devorah Johnson
                       Devorah Johnson
                       Deputy Clerk